# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of : No. 75 DB 2018 (No. 37 RST 2018)
:
:
IRENE N. SARTALIS : Attorney Registration No. 64196
:
PETITION FOR REINSTATEMENT :
  FROM INACTIVE STATUS : (York County)

## O R D E R

**PER CURIAM**

**AND NOW**, this 16th day of July, 2018, the Report and Recommendation of Disciplinary Board Member dated July 3, 2018, is approved and it is ORDERED that Irene N. Sartalis, who has been on Inactive Status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.